No. 00–7610.  HETT *v.* YOUNG ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–7611.  FINK *v.* CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–7612.  GRUBB *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 00–7614.  SILVA *v.* WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–7615.  RHODES *v.* NEWLAND, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 00–7616.  SHAYESTEH *v.* CITY OF SOUTH SALT LAKE.  C. A. 10th Cir.  Certiorari denied.

No. 00–7617.  ROMERO *v.* WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–7618.  FLORES-VASQUEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–7619.  WETENDORF *v.* ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 00–7622.  WILLIAMS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–7624.  WOODSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–7627.  MORROW *v.* MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 00–7636.  JACKSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–7637.  BEST *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–7640.  MOORE *v.* NEW YORK STATE OFFICE OF MENTAL HEALTH.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari